# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

|  |  |
|---|---|
| RAYNE BALES (f/k/a RAYNE AHO), an individual<br><br>                 Plaintiff,<br><br>vs.<br><br>ADA COUNTY, a county and body politic and corporate in the State of Idaho; CANYON COUNTY, a county and body politic and corporate in the State of Idaho; CITY OF BOISE, a municipality organized under the laws of the State of Idaho; MARK FURNISS, individually and in his official capacity as an employee of the City of Boise; ERIC URIAN, individually and in his official capacity as an employee of the City of Boise; ROBERT GALLAS, individually and in his official capacity as an employee of the City of Boise; MICHAEL MASTERSON, in both his official capacity as the City of Boise Police Chief, and Individually; GARY RANEY, both in his official capacity as the Ada County Sheriff and Individually; KIERAN DONAHUE, both in his official capacity as the Canyon County Sheriff and Individually; MELINDA CHYNOWETH, individually and in her official capacity as an employee of Canyon County; DOES I-XX, in their individual and official capacities,<br><br>                Defendants | Case No. 1:15-cv-299-BLW<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANTS ADA COUNTY AND GARY RANEY.** |

**THIS MATTER** having come before the Court through Stipulation to Dismiss with Prejudice Ada County and Gary Raney, Both in His Official Capacity as the Ada County Sheriff and Individually (docket no. 28) and good cause appearing therefore;

Order – page 1

**IT IS HEREBY ORDERED** that the Stipulation (docket no. 28) is APPROVED, and that defendants Ada County and Gary Raney, in both his official capacity as the Ada County Sheriff and individually, be **DISMISSED WITH PREJUDICE,** with each party to bear its own fees and costs.



DATED: December 14, 2015

B. Lynn Winmill
Chief Judge
United States District Court

Order – page 2