UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RAYNE BALES (f/k/a RAYNE AHO), an individual,<br><br>        Plaintiff,<br><br>vs.<br><br>ADA COUNTY, a county and body politic and corporate in the State of Idaho; CANYON COUNTY, a county and body politic and corporate in the State of Idaho; CITY OF BOISE, a municipality organized under the laws of the State of Idaho; MARK FURNISS, individually and in his official capacity as an employee of the City of Boise; ERIC URIAN, individually and in his official capacity as an employee of the City of Boise; ROBERT GALLAS, individually and in his official capacity as an employee of the City of Boise; MICHAEL MASTERSON, in both his official capacity as the City of Boise Police Chief, and Individually; GARY RANEY, both in his official capacity as the Ada County Sheriff and Individually; KIERAN DONAHUE, both in his official capacity as the Canyon County Sheriff and Individually; MELINDA CHYNOWETH, individually and in her official capacity as an employee of Canyon County; DOES I-XX, in their individual and official capacities,<br><br>        Defendants. | Case No. 1:15-cv-00299-BLW<br><br>ORDER TO DISMISS WITH PREJUDICE THE THIRD, FOURTH & FIFTH CAUSES OF ACTION AS TO DEFENDANTS CITY OF BOISE, MARK FURNESS, ERIC URIAN, AND ROBERT GALLAS |

THIS MATTER having come before the Court on the Stipulation filed by the Plaintiff and Defendants CITY OF BOISE; MARK FURNISS, individually and in his official capacity as an employee of the City of Boise; ERIC URIAN, individually and in his official capacity as an employee of the City of Boise; and ROBERT GALLAS, individually and in his official capacity as an employee of the City of Boise, each through their counsel of record and good cause appearing therefore,

IT IS HEREBY ORDERED that the Stipulation for Dismissal (docket number 37) is APPROVED.  The Third, Fourth & Fifth Causes of Actions as allged in the Civil Rights Complaint Under 42 U.S.C Section 1983 and Demand for Jury Trial (docket number 1) filed with this Court August 3, 2015, against the Defendants and CITY OF BOISE; MARK FURNISS, individually and in his official capacity as an employee of the City of Boise; ERIC URIAN, individually and in his official capacity as an employee of the City of Boise; and ROBERT GALLAS, individually and in his official capacity as an employee of the City of Boise, are hereby DISMISSED with prejudice , with each party to bear their own attorney's fees and costs.

DATED: April 28, 2016

_____
B. Lynn Winmill
Chief Judge
United States District Court